1  Kevin P. Rooney, #107554
   Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2  2445 Capitol Street, Suite 215
   Fresno, CA 93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333

4  Attorney for Defendant, AXEL GUEVARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:25-cr-00132-JLT-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER REGARDING |
| vs. | ) MODIFICATION OF PRETRIAL RELEASE |
| AXEL GUEVARA, | ) CONDITIONS |
| Defendant. | ) |

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Mr. Guevara is in compliance with his conditions of release. However, there is a conflict between his employment hours/construction work locations and the requirement that he participate in cognitive behavioral therapy which is only available on a weekday from 2:30 – 4:00 p.m.

2. The parties agree that Mr. Guevara's pretrial Release conditions should be modified by eliminating condition (7)(o) requiring participation in cognitive behavioral therapy. All other conditions of release would remain in full force and effect.

1

3. The assigned pretrial Services Officer and Better Choices Program Magistrate Judge Grosjean both approve of this modification.

It is so stipulated and agreed.

Dated:  October 28, 2025                                       Dated: October 28, 2025

                                                            Eric Grant, United States Attorney,
                                                            By,

____Kevin P. Rooney_____                                   _____Antonio Pataca_____
KEVIN P. ROONEY                                              ANTONIO PATACA
Attorney for defendant                                       Assistant United States Attorney
AXEL GUEVARA

## ORDER

Mr. Guevara's Pretrial Release conditions are hereby modified by eliminating condition (7)(o) requiring participation in cognitive behavioral therapy.  All other conditions of Mr. Guevara's release remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 29, 2025**                          /s/ *Eric P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE