Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, AXEL GUEVARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25 CR 132 |
| Plaintiff, | **AMENDED** STIPULATION AND ORDER REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| vs. | |
| AXEL GUEVARA, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties amend the previous stipulation to request modification of Pretrial Release Condition (7)(q) from HOME DETENTION to the following: CURFEW: You must remain inside your residence every day from 7:00 p.m. to 4:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations, and medical appointments and/or medical emergencies associated with your child. The other conditions of Condition (7)(q) relating to the required Location Monitoring program should remain in full force and effect.

1

2. The parties affirm their previous stipulations as follows. Mr. Guevara is in compliance with his conditions of release. However, there is a conflict between his employment hours/construction work locations and the requirement that he participate in cognitive behavioral therapy which is only available on a weekday from 2:30 – 4:00 p.m.

3. The parties agree that Mr. Guevara's PreTrial Release conditions should be modified by eliminating condition (7)(o) requiring participation in cognitive behavioral therapy. All other conditions of release, other than the changes to Conditions (7) (o) and (q) would remain in full force and effect.

4. The assigned PreTrial Services Officer approves of all these modifications. Better Choices Program Magistrate Judge Grosjean approves of the modification regarding cognitive behavioral therapy.

It is so stipulated and agreed.

Dated:  October 29, 2025                                    Dated: October  29, 2025

                                                            Eric Grant, United States Attorney,
                                                            By,

   ____Kevin P. Rooney____                                      _____Antonio Pataca_____
KEVIN P. ROONEY                                             ANTONIO PATACA
Attorney for defendant                                      Assistant United States Attorney
AXEL GUEVARA

ORDER

1. Pretrial Release Condition (7)(q) is modified from HOME DETENTION to the following:

CURFEW: You must remain inside your residence every day from 7:00 p.m. to 4:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations, and medical appointments and/or medical emergencies associated with your child.

All other conditions of Condition (7)(q) including those relating to the required Location Monitoring program remain in full force and effect.

2. Mr. Guevara's PreTrial Release conditions are hereby modified by eliminating condition (7)(o) requiring participation in cognitive behavioral therapy.

3. All other conditions of release, other than the changes to Conditions (7) (o) and (q), remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 30, 2025**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE